

**Dated: August 24, 2009 11:50:41**
**The following is ORDERED:**

*T.M. Weaver*
T.M. Weaver
United States Bankruptcy Judge

---

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

In Re:  On-Line Oil Inc.          )
        Debtor              )   Case 09-13006
                            )   Chapter 7

### ORDER FOR RELIEF FROM AUTOMATIC STAY
### AND ABANDONMENT OF PROPERTY

This matter comes before this Court upon Motion by Glenpool Real Estate Partners, LLC, being a Creditor in the above captioned proceeding, for relief from the Automatic Stay and Abandonment of Property as set forth in its Motion filed July 31, 2009.

Upon the representation of Chris M. Hunt, of Chris M. Hunt, PLLC attorney for Glenpool Real Estate Partners, LLC, that:

1. The above referenced Motion and Notice were served on all parties in interest so that any objection could be filed within fifteen (15) days from the date of said Motion;

2. No objection has been served within the time to object, including applicable allowances of three (3) days for mailing, being August 20, 2009; and

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Stay

imposed by § 362 of the Bankruptcy Code is hereby terminated as to the following real property: southeast quarter (SE/4) of section 12, T 17N, R 12 East, of Tulsa County and property is deemed abandoned by the Trustee.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the ten-day stay of enforcement pursuant to Federal Rule of Bankruptcy Procedure 4001 (a) (3) is not applicable.

###

/s/ Chris M. Hunt
Chris M. Hunt, #013193
CHRIS M. HUNT, PLLC
1502 S. Boulder, Suite 204
Tulsa, OK 74119
Phone: (918) 583-0121
Fax: (918) 583-2290
Attorney for Creditor

The Movant Shall Notify All
Interested Parties of This Order