

**Dated: September 14, 2009 11:15:19**

**The following is ORDERED:**

_____

T.M. Weaver
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re:       On-Line Oil Inc.           )
                                        )    Case Number: 09-13006
                                        )       Chapter:  7
             Debtor.                    )

### ORDER STRIKING BANKRUPTCY PLEADING

The Court Clerk has reviewed docket entry number 7 filed in this bankruptcy case on August 21, 2009. The PDF attached to the Amended Schedules event does not bear the electronic or personal signature of a person authorized to sign for the corporation. The Declaration is signed in handwriting as On-Line Oil. The bankruptcy petition was electronically signed by Kris K. Agrawal, Vice-President. Attorney Roberts was notified of the need to correct this error by notice of electronic filing and email on August 25 and September 4, 2009. A correction has not been made.

The Court orders that the Amended Schedules, docket entry number 7, shall be stricken from the above numbered bankruptcy case record (without prejudice) and is of no legal consequence in the above numbered bankruptcy proceeding.

###