# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-13006 WV
**Case Name:** ON-LINE OIL INC.

**Period Ending:** 09/30/09

**Trustee:** (560070)   LYLE R. NELSON
**Filed (f) or Converted (c):** 06/05/09 (f)
**§341(a) Meeting Date:** 07/08/09
**Claims Bar Date:** 01/25/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Lawsuit against Warren Stall, et. al.<br>(Unknown amount estimated for Form 1) | Unknown | 1,000.00 | | 0.00 | 1,000.00 |
| 2 | Lawsuit against Caprock Resources; CJ 2005-1230 | 6,000,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Lawsuit against Anthony Feezel Replevin for conv | 140,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Lawsuit against Westech Properties | 600,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Possible recovery against Global Finacial<br>(Amount estimated for Form 1) | 100,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 6 | Possible recovery against RLI Insurance<br>(Amount estimated for Form 1) | 1,300,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 7 | Possible recovery against Murphy Defendants for<br>(Amount estimated for Form 1) | 40,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 8 | .0039 working interest in ACWADE Well ($3,000 op<br>(Unknown amount estimated for Form 1) | Unknown | 1,000.00 | | 0.00 | 1,000.00 |
| 8 | **Assets**   Totals (Excluding unknown values) | **$8,180,000.00** | **$5,000.00** | | **$0.00** | **$5,000.00** |

**Major Activities Affecting Case Closing:**

6/22/09 extensive meeting with creditors-r
7/28/09-a Prepare Asser case file.  Enter all Assets information and review Form 1.
7/09 continued to meet with creditors, extensive meetings and phone calls.  conf. with trustees of related filings.  Determine usual firm unwilling to take on representation of this ball of twine-r

Printed: 10/30/2009 01:37 PM    V.11.52

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| **Case Number:** | 09-13006 WV | **Trustee:** | (560070) LYLE R. NELSON |
|---|---|---|---|
| **Case Name:** | ON-LINE OIL INC. | **Filed (f) or Converted (c):** | 06/05/09 (f) |
| | | **§341(a) Meeting Date:** | 07/08/09 |
| **Period Ending:** | 09/30/09 | **Claims Bar Date:** | 01/25/10 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

8/27/09  send email to attorney who creditors advise is willing to rep estate.-r
9/15/09 various conf. with angry creditors and possible attorney to rep the estate. r
9/16/09 receive oil runs receipts, they are dated 2008, but send demand letter to crude marketing & Transportation-r
9/24/09 call from Robert Giles, 918-299-4454Tulsa cnty call, cj08-6839  online and realty developers v. CONG,  Ron Walker litigation, Online rep by Luis Carter, 521-5353.
09/30/09-a efile Form 1.
10/23/09-a efile Notice to file claims.  Claims Bar Date January 25, 2010.

**Initial Projected Date Of Final Report (TFR):** July 8, 2011      **Current Projected Date Of Final Report (TFR):** July 8, 2011